Dear Mr. Jeffrey D. Kyle                                    August 25, 2016

                       Hello Sir!, I receive your
notice dated August 22, 2016 stated that the Court has
denied the oral argument for Court of Appeals NO. 03-
16-00074CR & 03-16-00075CR. The trial court NO. D-1-DC-14-
204544 & D-1-DC-14-204545 this letter is to let you Mr.
Kyle that: Cyd Alexander #1451618 want to appeal
that decision by the Court of Appeal. Because i had
no attorney to argue the oral argument, Mr. Gregory
D. Sherwood file a motion with the Court of Appeal
to withdraw from these cases. I believe that Mr.
Sherwood could have or should have argue the oral
argument on the grounds ① ineffective counsel on
my trial attorney. As well as the inconsistent testim-
ony of officer Fickel officer Rodriguez and office
r Brissens. these officers change their statement
under oath from the suppress hearing to the pre
trial to the trial. Also would like to ask the court
of Appeal to appoint me attorney or the send
a Motion to Appoint Counsel

                              Very truly yours,
                              Mr. Cyd Alexander
                              #1451618

RECEIVED
AUG 3 0 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Mr. Lud Lavan Alexander # 1451618
Dominguez Unit
6535 Cagnon Rd.
San Antonio, Tx. 78252

* Legal Mail *

SAN ANTONIO TX 780
ALEXANDRIA 28 JULY 2025

Mr. Jeffery D. Kyle
Clerk
Court of Appeals
Third District
P.O. Box 12547
Austin, Tx. 78711-2547

USA FOREVER